JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GONZALEZ, | ) NO. CV 21-1139 MWF (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 19, 2922

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE